# DECISIONS PER CURIAM.

## DECEMBER 5, 1921, TO JULY 13, 1922.

No. 1789. People, Appellee, *v.* Dávila et al., Appellants.—District Court of Ponce. Breach of peace. Decided December 5, 1921. There was no bill of exceptions or statement of the case and the record did not disclose any fundamental error. *Affirmed.*

No. 1796. People, Appellee, *v.* Santiago, Appellant.—District Court of San Juan, Section 2. Violation of section 162 of the Penal Code. Decided December 5, 1921. The record shows no fundamental error. *Affirmed.*

No. 1780. People, Appellee, *v.* Rivera et al. (Díaz, Appellant).—District Court of San Juan, Section 2. Adulteration of Milk. Decided December 5, 1921. There was no bill of exceptions, no brief was filed and the record discloses no fundamental error. *Affirmed.*

No. 2608. Blanco, Appellee, *v.* Saul, Appellant.—First District Court of San Juan. Unlawful detainer. Decided December 6, 1921. Motion by appellee for dismissal not opposed. *Dismissed.*

No. 2597. Suárez, Appellee, *v.* Heirs of Cortés, Appellants.—District Court of Humacao. Action of Debt. Decided December 9, 1921. Motion by appellee for dismissal. The 90 days extension granted expired and no further extension was moved for; no statement of the case and no transcript of the record filed. *Dismissed.*

No. 1807. People, Appellee, *v.* Zayas, Appellant.—District Court of Humacao. Aggravated assault and battery. Decided December 9, 1921. No brief filed and the record shows no fundamental error. *Affirmed.*